# APRIL, 1907.

### SOUTHERN KANSAS RAILWAY COMPANY OF TEXAS V. STATE OF TEXAS.

#### No. 1679.   Decided April 3, 1907.

**Railway—Penalties—Case Followed.**

The rulings in Missouri, K. & T. Ry. Co. of Texas v. State, ante, p. 420, followed, and held to control this case.

Error to the Court of Civil Appeals for the Second District, in an appeal from Armstrong County.

The State sued the railway company for the recovery of penalties. Defendant had judgment, which was reversed and rendered for plaintiff on the State's appeal. The company, appellee, then procured writ of error.

*J. W. Terry* and *Madden & Truelove,* for plaintiff in error.

*J. S. Stallings, L. C. Barrett* and *J. A. Templeton,* for defendant in error.

BROWN, ASSOCIATE JUSTICE.—The state sued the Southern Kansas Railroad Company of Texas to recover penalties for failure to maintain a closet at Washburn station for seventeen weeks. The District Court gave judgment for defendant, but the Court of Civil Appeals reversed that judgment and rendered judgment against the railroad company for the statutory penalties. This court held, in the case of Missouri, Kansas & Texas Railway Company of Texas v. State, No. 1675, that the statute imposing the penalties is void. For the reason assigned in that opinion the judgment of the Court of Civil Appeals is reversed and the judgment of the District Court is affirmed.

*Reversed, and Judgment of District Court Affirmed.*